## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Global Commodities, Inc., | Case No. 24-cv-216 (JMB/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Capital Distributors LLC and Capital Imports, LLC, | |
| Defendants. | |

This matter is before the Court on the parties' Joint Motion Regarding Continued Sealing ("Sealing Motion") (ECF No. 104) filed in connection with Plaintiff's Motion for Leave to Amend Complaint and Extend the Deadline for Filing the Amended Complaint (ECF No. 59) and in response to the Court's April 16, 2025 Order (ECF No. 97). The Court ordered Plaintiff to file an unredacted version of the exhibit filed at ECF No. 64 so the Court could evaluate whether continued sealing was appropriate. (ECF No. 97 at 3.) Plaintiff timely filed the unredacted exhibit ("Exhibit") (ECF No. 101). Plaintiff also publicly filed redacted versions of the document (ECF Nos. 64, 102).

The parties ask the Court to keep the redacted portions of the Exhibit under seal because those portions contain trade secrets. (ECF No. 104 at 2.) As the Court previously explained (ECF No. 97 at 2), when the information at issue in a sealing motion does not play a material role in the exercise of Article III power or are of little value to those monitoring the courts, the presumption of public access to that information "amounts to … a prediction of public access absent a countervailing reason." *IDT Corp. v. eBay*, 709 F.3d 1220, 1224 (8th Cir. 2013) (quoting *United States v. Amodeo*, 71 F.3d 1044, 1049 (2d Cir. 1995)).

The Exhibit at issue here did not play a material role in the exercise of Article III power or any dipositive motion, and the parties' interest in keeping trade secrets confidential constitutes a sufficient countervailing reason for sealing that outweighs any public interest in accessing the redacted information.  The motion is therefore granted.

**ORDER**

Based on the foregoing, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the parties' Joint Motion Regarding Continued Sealing (ECF No. 104) is **GRANTED** as follows:

1. The Clerk of Court is directed to keep the document filed at ECF No. 101 under seal.

Dated:  April 25, 2025          *s/ Dulce J. Foster*
                                             DULCE J. FOSTER
                                             United States Magistrate Judge